THE STATE OF KANSAS V. CHARLES E. TAYLOR.

No. 15,139   (89 Pac. 675.)

Appeal from Miami district court; WINFIELD H. SHELDON, judge. Opinion filed March 9, 1907. Affirmed.

*Fred S. Jackson,* attorney-general, and *John S. Dawson,* assistant attorney-general, for The State.
*Frank M. Sheridan,* for appellant.

*Per Curiam:* All of the claims of error in this case are disposed of in the opinion in *The State v. Taylor, ante,* p. 417, with which it was submitted.

The judgment is affirmed.

---

THE STATE OF KANSAS V. CHARLES E. TAYLOR.

No. 15,140   (89 Pac. 675.)

Appeal from Miami district court; WINFIELD H. SHELDON, judge. Opinion filed March 9, 1907. Affirmed.

*Fred S. Jackson,* attorney-general, and *John S. Dawson,* assistant attorney-general, for The State.
*Frank M. Sheridan,* for appellant.

*Per Curiam:* All the claims of error in this case are disposed of in the opinion in *The State v. Forner, ante,* p. 836, with which it was submitted.

The judgment is affirmed.

---

THE HUTCHINSON MILL COMPANY V. D. J. PARKS.

No. 14,817   (89 Pac. 1132.)

Error from Reno district court; PETER J. GALLE, judge. Opinion filed April 6, 1907. Affirmed.

*H. Whiteside,* and *A. W. Tyler,* for plaintiff in error.
*Prigg & Williams,* for defendant in error.

*Per Curiam:* This was an action by D. J. Parks to recover the contract price of wheat sold and delivered by him to the Hutchinson Mill Company. The defense was by way of a counter-claim for damages, the mill company contending that it had bought several hundred bushels of wheat from the plaintiff